UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

       vs.                       03-CR-211S

FRANK E. PETERS,

                 Defendant.

## ORDER TO PAY CERTAIN EXPENSES REGARDING
## 513 MESQUITE HILLS, LOT 26, PALM DESERT, CALIFORNIA

**WHEREAS**, on October 22, 2010, a Withdrawal of all of Marta Chaikovska's Petitions and Motions was filed with this Court (Docket No. 529); and

**WHEREAS**, on November 10, 2010, a Joint Motion was filed requesting an Order for certain expenses to be paid to keep the property, 513 Mesquite Hills, Lot 26, Palm Desert, Riverside County, California, from being dissipated using funds already on deposit with the United States Marshals Service in this case (Docket No. 530); and

**WHEREAS**, the parties have agreed that using funds already on deposit with the United States Marshals Service in this case to pay these expenses regarding 513 Mesquite Hills, Lot 26, Palm Desert, California, will not unduly prejudice any party; and after careful review and deliberation; it is therefore, now

**ORDERED AND DECREED**, that the United States Marshals Service shall deliver forthwith to the Riverside County Treasurer, Riverside, California, either by check or electronic means, the sum of $23,154.16 for the payment of taxes on 513 Mesquite Hills, Lot 26, Palm Desert, California, Assessment number 771400002-3, using the funds already on deposit with the United States Marshals Service in this case; and it is further

**ORDERED**, that the United States Marshals Service shall deliver forthwith to Marta Chaikovska, either by check or electronic means, the sum of $18,888.25 through her attorney, Patrick J. Brown, Esq., to reimburse her for the expenditure of her own funds that paid the delinquent Bighorn Homeowners Association fees regarding 513 Mesquite Hills, Lot 26, Palm Desert, California, using the funds already on deposit with the United States Marshals Service in this case; and it is further

**ORDERED**, that the United States Marshals Service shall deliver forthwith to Bighorn Homeowners Association, either by check or electronic means, the sum of $2,487.33 for the current fees owed for homeowners association fees regarding 513 Mesquite Hills, Lot 26, Palm Desert, California, using the funds already on deposit with the United States Marshals Service in this case; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED.

DATED:     November 15, 2010.
           Buffalo, New York

                                    _____/s/William M. Skretny____
                                    WILLIAM M. SKRETNY
                                    Chief Judge
                                    United States District Court