UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

        vs.                                                   03-CR-211S

FRANK E. PETERS,

                Defendant.

## ORDER TO PAY CERTAIN EXPENSES REGARDING
## 513 MESQUITE HILLS, LOT 26, PALM DESERT, CALIFORNIA

**WHEREAS**, on January 14, 2011, a motion was filed requesting an Order for certain expenses to be paid to keep the property, 513 Mesquite Hills, Lot 26, Palm Desert, Riverside County, California, from being dissipated using funds already on deposit with the United States Marshals Service in this case (Docket No. 543); and

**WHEREAS**, no party has objected to using funds already on deposit with the United States Marshals Service in this case to pay these expenses regarding 513 Mesquite Hills, Lot 26, Palm Desert, California, and such payment will not unduly prejudice any party; and after careful review and deliberation; it is therefore, now

**ORDERED AND DECREED**, that the United States Marshals Service shall deliver forthwith to the Riverside County Treasurer, Riverside, California, either by check or electronic means, the sum of $548.11 for the payment of taxes on 513 Mesquite Hills, Lot 26, Palm Desert, California, Assessment number 771400002-3, using the funds already on deposit with the United States Marshals Service in this case; and

**FURTHER,** that this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**SO ORDERED**.

DATED:     January 26 , 2011
              Buffalo, New York

                                               /s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                              Chief Judge
                                            United States District Court